AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Jerry Dotson<br><br>Defendant(s) | )<br>)<br>) Case No. 4:14 MJ 1008-JMV<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 7/1/2014 to on or about 10/10/2014 in the county of Choctaw in the Northern District of Mississippi, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Jerry Dotson, being a person required to register under the Federal Sex Offender Registration and Notification Act, knowingly failed to update a registration as a sex offender as required by the laws of the State of Mississippi and knowingly failed to register as a sex offender in the State of Illinois; all in violation of Title 18, United States Code, Section 2250(a). |

This criminal complaint is based on these facts:

See Attached Probable Cause Statement

☑ Continued on the attached sheet.

_____
Complainant's signature

Richard Upchurch, Deputy U S Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 10-27-14

_____
Judge's signature

City and state: Greenville, Mississippi

Jane M. Virden, U. S. Magistrate Judge
Printed name and title